274

396 A.2d 639

In re ESTATE of Harry E. MILLAR, Deceased.

Supreme Court of Pennsylvania.

Submitted Oct. 16, 1978.

Decided Jan. 24, 1979.

Michael J. Pepe, Jr., Philadelphia, for appellant.

Allan M. Tabas, Philadelphia, for appellee.

Before EAGEN, C. J., and ROBERTS, NIX, MANDERI-NO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.

O'BRIEN, J., did not participate in the consideration or decision of this case.

POMEROY, former J., did not participate in the decision of this case.

NIX, J., would quash the appeal.